MEEK v. STATE OF INDIANA

[No. O-313. Filed January 19, 1953.]

PER CURIAM.—The petitioner, appearing pro se, files what he designates as a petition for alternative writ of mandamus to compel certain action by the Dearborn Circuit Court.

The relief sought relates to a proceeding in an inferior court, but wholly fails to comply with any of the requirements of Rule 2-35.

The issuance of the writ is, therefore, denied. *Cole* v. *Baker, Judge* (1951), 230 Ind. 174, 101 N. E. 2d 925.

NOTE.—Reported in 109 N. E. 2d 908.